**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PATRICK J. FOLEY, SB# 180391
  E-Mail: Patrick.Foley@lewisbrisbois.com
DAVID M. UCHIDA, SB# 232789
  E-Mail: David.Uchida@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants SAFETY-KLEEN, INC. and CLEAN HARBORS. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE FRANCO and KARLA FRANCO,<br><br>            Plaintiffs,<br><br>v.<br><br>SAFETY-KLEEN INC, A DELAWARE CORPORATION; THE ARMAKLEEN COMPANY, A DELAWARE CORPORATION; CHURCH & DWIGHT CO. INC., A DELAWARE CORPORATION; CLEAN HARBORS, INC., A MASSACHUSETTS CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>            Defendants. | CASE NO.: _____<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>Action Filed:   June 5, 2023<br>Trial Date:     Not set |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants **SAFETY-KLEEN, INC.**, and **CLEAN HARBORS, INC.** (the "Removing Defendants"), hereby remove the above-entitled action to this Court based upon the supporting grounds set forth below. Removing Defendants, appearing

134968954.1

1

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, and 1446

solely for the purpose of this removal and for no other purpose, and preserving all defenses available, including, without limitation, jurisdictional defenses, state as follows:

### THE REMOVED CASE/STATE COURT PLEADINGS

1. On or about June 5, 2023, Plaintiffs commenced this action in the Superior Court of California, County of San Bernardino, captioned *George Franco and Karla Franco v. Safety-Kleen Inc., et al.*, Case No. CIVSB2312934. *See* Plaintiffs' Complaint, annexed as Exhibit A.

### REMOVAL IS TIMELY

2. Defendant Clean Harbors, Inc., was served with a copy of the Complaint on or about January 12, 2024. Plaintiffs claim Defendant Safety-Kleen, Inc., was served on or about January 12, 2024. Accordingly, removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

### THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED

3. Plaintiff George Franco alleges significant personal injuries as a result of alleged exposure to chemicals provided by Defendants. *See* Ex. A.

4. Plaintiff alleges that as a result he suffered and will continue to suffer pain and suffering and that he lost past and future income.[1] *See id.*, ¶¶ 67-68, 80-81, 120-121, 162-163, 200. Plaintiff is married to co-Plaintiff Karla Franco, who alleges that she has lost and been deprived of the services, love, companionship, comfort, affection, society, sexual relations, and solace of her husband. *See id.*, ¶¶ 1, 201-203.

5. Plaintiffs claim Plaintiff George Franco's alleged injuries include meningioma (brain tumor), necessitating medical treatment including hospitalization, surgery, and other treatment, which is ongoing. *See* Ex. A, ¶¶ 44-45.

6. The Complaint seeks various damages including "general damages,"

---

[1] Removing Defendants deny that Plaintiffs are entitled to any relief, but that position is immaterial for the purpose of determining the amount in controversy.

"medical expenses," "post-judgement interest," "punitive damages," and "costs of suit incurred."  *See id.*, prayer for relief.

7. As required by 28 U.S.C. § 1332(a), upon information and belief, Plaintiffs' Complaint seeks damages in excess of $75,000.

## THERE IS DIVERSITY OF CITIZENSHIP

8. As required by 28 U.S.C. § 1332(a), there is complete diversity of citizenship.

9. Per the Complaint, Plaintiffs George and Karla Franco are citizens of California.  *See* Ex. A, ¶ 1. As discussed below, no Defendant is a California citizen.

10. Defendant The Armakleen Company is a joint venture between Defendant Church & Dwight Co., Inc., a Delaware corporation with principal place of business in New Jersey, and non-party Safety-Kleen Systems, Inc., a Wisconsin corporation with principal place of business in Massachusetts.  Therefore, The ArmaKleen Company is a citizen of Delaware, New Jersey, Wisconsin, and Massachusetts.[2]  *See* California Secretary of State, Statement of Information Corporation for Church & Dwight Co., Inc., annexed as Exhibit B; Mass. Secretary of the Commonwealth database for Safety-Kleen Systems, Inc., annexed as Exhibit C.[3]

11. Defendant Church & Dwight Co., Inc., a Delaware Corporation with New Jersey principal place of business, is therefore a citizen of Delaware and New Jersey.  *See* Ex. B.

12. Removing Defendant Safety-Kleen, Inc., a Delaware corporation with principal place of business in Massachusetts, is therefore a citizen of Delaware and

---

[2] *See, e.g., Carson Constr. Co. v. Fuller-Webb Constr.*, 198 F. Supp. 464, 469 ("A determination of the question of diversity of citizenship depends upon the citizenship of the individual members of the joint venture.") (D. Mont. 1961) (internal citation omitted).

[3] This Court may take judicial notice of information posted on state government websites.  *See Ariz. Libertarian Party v. Reagan*, 798 F.3d 723, 727 n.3 (9th Cir. 2015) ("We may take judicial notice of official information posted on a governmental website, the accuracy of which [is] undisputed.") (internal quotations omitted).

Massachusetts. *See* Delaware Department of State database for Safety-Kleen, Inc., annexed as Exhibit D; Securities and Exchange Commission database for Safety-Kleen, Inc., annexed as Exhibit E.

13. Removing Defendant Clean Harbors, Inc., a Massachusetts Corporation with Massachusetts principal place of business, is therefore a citizen of Massachusetts. *See* Mass. Secretary of the Commonwealth database for Clean Harbors, Inc., annexed as Exhibit F.

14. For the foregoing reasons, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds $75,000, and Plaintiffs and Defendants are citizens of different states.

## CONSENT, VENUE, NOTICE TO STATE COURT, ETC.

15. Defendant Church & Dwight Co., Inc., consents to this removal. Upon information and belief, no other Defendants besides Removing Defendants and Church & Dwight Co., Inc., have been served or putatively served, and therefore other Defendants' consent is not required.

16. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Central District of California, Eastern Division, is the federal judicial district embracing the Superior Court of California, County of San Bernardino, where the underlying state court action was originally filed.

17. Trial has not commenced.

18. Removing Defendants will file a copy of this Notice of Removal in the Superior Court of California, County of San Bernardino, and will promptly thereafter serve a copy of the same upon the other parties to this action pursuant to 28 U.S.C. § 1446(d).

19. Removing Defendants are filing with the Notice of Removal a completed Civil Cover Sheet and separate Certificate of Interested Persons and Disclosure Statement.

20. Removing Defendants retain the right to supplement the jurisdictional allegations by affidavit, declaration, or otherwise should Plaintiffs challenge the allegations in a motion to remand or other filing.

**WHEREFORE**, Removing Defendants give notice that the above-captioned action in the Superior Court of California, County of San Bernardino, has been removed to this Court.

DATED:  January 23, 2024

PATRICK J. FOLEY
DAVID M. UCHIDA
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
DAVID M. UCHIDA
Attorneys for Defendants SAFETY-KLEEN, INC. and CLEAN HARBORS, INC.